IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02421–REB–KMT

DORETTA TOOTLE,

    Plaintiff,

v.

WYATT-EDISON CHARTER SCHOOL,

    Defendant.

## ORDER

    Due to a scheduling conflict, the final pretrial conference set in this matter for October 17, 2011 at 9:45 a.m. is VACATED. The final pretrial conference is hereby reset for October 31, 2011 at 10:00 a.m.

    The parties are reminded that a Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five (5) <u>business</u> days prior to the final pretrial conference.

    Dated this 13th day of July, 2011.

BY THE COURT:

*/s/ Kathleen M. Tafoya*
Kathleen M. Tafoya
United States Magistrate Judge