**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02421-REB-KMT

DORETTA TOOTLE,

    Plaintiff,

v.

WYATT-EDISON CHARTER SCHOOL,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#37][1] filed October 25, 2011. No objections having been filed to the recommendation, I review it only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. In addition, because plaintiff is proceeding *pro se*, I have construed her pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See **Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#37] filed October 25, 2011, is **APPROVED AND ADOPTED** as an order of this court;

2. That claims of the plaintiff against defendant **DISMISSED WITHOUT PREJUDICE** for lack of federal subject matter jurisdiction;

3. That judgment **SHALL ENTER** on behalf of defendant, Wyatt-Edison Charter School, against plaintiff, Doretta Tootle, as to all claims and causes of action asserted herein; provided, that the judgment shall be without prejudice;

4. That the Trial Preparation Conference, currently scheduled for Friday, December 2, 2011, at 3:30 p.m., as well as the trial to the court, currently scheduled to commence on Monday, December 5, 2011, are **VACATED**; and

5. That defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated November 21, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge